Criminal law ⟲169 1144(10, 17)—Presumption against error.

Where, on appeal from conviction of murder, on which accused is sentenced to life imprisonment. the record is without statement of facts or bills of exceptions, and no fundamental error appears, the Court of Criminal Appeals must give full presumption to the fairness of the trial and the propriety of the judgment, notwithstanding the severity of the punishment.

Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge.

Dave Jackson was convicted of murder, and appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted of murder, and punishment fixed at life imprisonment. The record is before us without statement of facts or bills of exceptions. No fundamental error appearing, it is our duty to give full presumption to the fairness of the trial and propriety of the judgment, even though the punishment be severe.

The judgment of the trial court is affirmed.

---

## HOWARD v. STATE. (No. 6630.)

(Court of Criminal Appeals of Texas. Oct. 19, 1921.)

Criminal law ⟲1131(1)—Appeal abated on defendant's personal request therefor.

Appeal will be abated on defendant's personal request in proper form that it be withdrawn.

Appeal from District Court, Kaufman County; Joel R. Bond, Judge.

Gene Howard was convicted of having in possession equipment for manufacturing intoxicating liquor, and he appeals. Appeal abated.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted of having possession of equipment for manufacturing intoxicating liquor, and given one year in the penitentiary.

He has filed his personal request asking that the appeal might be withdrawn. His request seeming to be in proper form, the motion is granted, and the appeal abated.

## HOWARD v. STATE. (No. 6631.)

(Court of Criminal Appeals of Texas. Oct. 19, 1921.)

Criminal law ⟲1131(1) — Appeal abated on defendant's personal request therefor.

Appeal will be abated on defendant's personal request in proper form that it be withdrawn.

Appeal from District Court, Kaufman County; Joel R. Bond, Judge.

Gene Howard was convicted of manufacturing intoxicating liquor, and he appeals. Appeal abated.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted of the offense of manufacturing intoxicating liquor, and his punishment assessed at one year in the penitentiary.

Appellant in person has filed a request that the appeal in this case be withdrawn, which appears to be in proper form, and the request is granted and the appeal abated.